# Avram D. White
**Attorney at Law**
66 Hampton Terrace, Orange, NJ 07050
Telephone (973)669-0857
Facsimile (888)481-1709
Email: avram.randr@gmail.com

December 15, 2017

Via email @ chambers_of_cmg@njb.uscourts.gov
Honorable Christine M. Gravelle, U.S.B.J.
Clarkson S. Fisher U.S. Courthouse
United States Bankruptcy Court
402 East State Street
Trenton, N.J. 08608
Courtroom #3

RE:   17-31749-CMG
      Kim N. Roberts
      Order to Show Cause

Dear Judge Gravelle:

    Please accept this letter as an objection to Order to Show Cause Why Case Should Not be Dismissed for Failure to Pay Filing Fee.  The debtor has made her second installment payment and is now current with the payments to the Court.  The debtor has informed my office that the remaining two payments, due at the end of December 2017 and the end of January 2018 will be made timely.

    I respectfully request the Court conduct the hearing scheduled for December 20, 2017 at 12:00 pm instead of dismissing this case.

                                        Respectfully,

                                        Avram D. White