| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 217025<br>Attorneys for Secured Creditor: Wells Fargo Bank, N.A. | |
| In Re:<br><br>Kim N. Roberts | Case No.: 17-31749-CMG<br>Chapter 13<br><br>**Hearing Date: January 3, 2018**<br>**Time: 10:00 am**<br><br>Judge: Christine M. Gravelle |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Wells Fargo Bank, N.A. ("Secured Creditor"), by and through its counsel, Andrew M. Lubin, Esquire, of MILSTEAD & ASSOCIATES, LLC, as and for an Objection to Confirmation of debtor's Chapter 13 Plan, states the following grounds therefore:

1. On October 27, 2017, Debtor, Kim N. Roberts filed a petition pursuant to Chapter 13 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey.

2. Wells Fargo Bank, N.A., is the holder of a first mortgage on real property owned by the Debtor known as and located at 32 Saxony Circle, Manchester Township, NJ 08759 (the "Property").

3. Secured Creditor has filed its Proof of Claim in this matter on December 6, 2017 and at claim number 3-1

4. As set forth in the aforementioned proof of claim, as of the date of the filing of the instant Chapter 13 petition, total arrears due to Secured Creditor through the Plan are $37,212.52 with a secured claim amount of $249,963.51.

5. Debtor's Chapter 13 Plan proposes a $3,500.00 distribution to Secured Creditor with the remainder of the arrearage to be cured via loan modification and a completion date of June 30, 2018.

6. Secured Creditor objects if Debtor has not sought approval to be admitted into the Court's Loss Mitigation Program by the time of the confirmation hearing in this matter.

7. Secured Creditor objects in the event that Debtor, having been admitted, has failed to comply with the Court's Loss Mitigation Program's rules and procedures at the time of the confirmation hearing in this matter.

8. Secured Creditor objects in the event that Debtor elects to attempt to modify his loan outside the Court's program and has not posted on the docket proof of having submitted a modification packet to Secured Creditor by the time of the confirmation hearing in this matter.

9. Secured Creditor objects in the event that Debtor is not current with post-petition adequate protection payments at the time of the confirmation hearing in this matter.

10. Secured Creditor objects to the Debtor's Chapter 13 Plan as same does not propose to cure the entire pre-petition delinquency due to Secured Creditor and thus the Plan is not feasible as filed.

WHEREFORE, Secured Creditor respectfully requests that the Court deny confirmation of the Chapter 13 Plan for the reasons hereinabove set forth.

DATED: December 27, 2017

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

/s/Andrew M. Lubin
Andrew M. Lubin, Esquire
Attorney ID No. AL0814
1 East Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Secured Creditor

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 217025<br>Attorneys for Secured Creditor: Wells Fargo Bank, N.A. | |
| In Re:<br><br>Kim N. Roberts | Case No.: 17-31749-CMG<br>Chapter 13<br><br>**Hearing Date: January 3, 2018**<br>**Time: 10:00 am**<br><br>Judge: Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, <u>Andrew M. Lubin, Esquire</u>:

    ☒ represent the <u>Secured Creditor</u> in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the

    _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On <u>December 27, 2017</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

| Objection of Secured Creditor to Confirmation of Chapter 13 Plan |
|---|

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 27, 2017                                                  /s/Andrew M. Lubin

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Avram D White<br>Law Offices of Avram D White, Esq.<br>66 Hampton Terrace<br>Orange, NJ 07050 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Kim N Roberts<br>32 Saxony Circle<br>Manchester, NJ 08759 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.