UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Brian C. Nicholas
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
    Roberts, Kim N.

    Roberts, Gordon Jr.

Order Filed on February 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    17-31749-CMG

Chapter: 13

Hearing Date: February 7, 2018
Judge: Christine M. Gravelle

# ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 8, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) and 1301(c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐   Real Property More Fully Described as:

Land and premises commonly known as Lot , Block ,

■   Personal Property More Fully Describes as: **2015 TOYOTA CAMRY , VIN:4T1BK1FK1FU565307,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.
The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Kim N Roberts  
    Debtor

Case No. 17-31749-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 08, 2018  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2018.  
db        +Kim N Roberts,   32 Saxony Circle,   Manchester, NJ 08759-6193

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2018 at the address(es) listed below:

         Albert Russo   docs@russotrustee.com  
         Andrew M. Lubin   on behalf of Creditor   Wells Fargo Bank, NA bkecf@milsteadlaw.com,  
          alubin@milsteadlaw.com  
         Avram D White   on behalf of Debtor Kim N Roberts clistbk3@gmail.com,  
          adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com  
         Brian C. Nicholas   on behalf of Creditor   Toyota Motor Credit Corporation  
          bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Jill Manzo   on behalf of Creditor   SETERUS, INC., as authorized subservicer for FEDERAL  
          NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com  
         R. A. Lebron   on behalf of Creditor   SETERUS, INC., as authorized subservicer for FEDERAL  
          NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com  
         Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation  
          rsolarz@kmllawgroup.com  
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                       TOTAL: 8