| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Toyota Motor Credit Corporation | <br>**Order Filed on March 23, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>    Kim N. Roberts,<br><br>Debtor. | Case No.: 17-31749 CMG<br><br>Adv. No.:<br><br>Hearing Date: 2/7/18 @ 10:00 a.m..<br><br>Judge: Christine M. Gravelle |

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 23, 2018**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtors:   Kim N. Roberts
Case No:  17-31749 CMG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

     This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property of 2016 TOYOTA COROLLA , VIN:2T1BURHEXGC623661, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Avram D. White, Esquire, attorney for Debtors, and for good cause having been shown

     It is **ORDERED, ADJUDGED and DECREED** that as of March 13, 2018 Debtor is due for the March 2018  post-petition payments for a total post-petition default of $199.75; and

     It is **ORDERED, ADJUDGED and DECREED** that Debtor shall cure any default under the terms of the lease within 30 days; and

     It is **ORDERED, ADJUDGED and DECREED** that Debtor assumes the lease, regardless of what is in debtor's chapter 13 plan; and

     It is further **ORDERED, ADJUDGED and DECREED** that regular  payments are to resume April 3, 2018, directly to Secured Creditor's servicer, TMCC P.O. Box 4102 Carol Stream, IL 60197-4102; and

     It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, or if Debtor fails to purchase the vehicle by lease maturity of June 3, 2019, Debtor shall have fourteen days to respond; and

     It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

     It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan and the motion is hereby resolved.