| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive – Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>SETERUS, INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")<br>R.A. LEBRON, ESQ.<br>289UTP<br>bankruptcy@feinsuch.com | **Order Filed on April 17, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>KIM N ROBERTS<br><br><br>Debtor(s). | Case No.: 17-31749 CMG<br><br>Adv. No.:<br><br>Hearing Date: March 26, 2018<br><br>Judge: Honorable Christine M. Gravelle |

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: April 17, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): KIM N ROBERTS
Case No: 17-31749 CMG
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, SETERUS, INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), as to certain real property known as <u>289 NORTH CENTER STREET, ORANGE, NJ 07050</u> as set forth in the papers, and for good cause shown;

    **ORDERED AS FOLLOWS**:

    1.   The claim of Secured Creditor shall be treated outside of the Chapter 13 Plan.

    2.   The automatic stay as to 289 NORTH CENTER STREET, ORANGE, NJ 07050 shall be terminated with respect to Secured Creditor, its successors or assigns, effective upon the entry of this Order.

    3.   The Movant shall serve this Order on the Debtor, any Trustee and other party who entered an appearance on the Objection.