UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICE OF AVRAM D. WHITE
66 Hampton Terrace
Orange, New Jersey 07050
973-669-0857
888-481-1709 telefax
email to: avram.randr@gmail.com
Avram D. White, Esq.
Counsel to the Debtor

**Order Filed on July 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    KIM N. ROBERTS,

            DEBTOR

| | |
|---|---|
| Case No.: | 17-31749-CMG |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | GRAVELLE |

## ORDER ALLOWING TELEPHONIC 341 HEARING

The relief set forth on the following pages, numbered two (2) through   2   is **ORDERED**.

**DATED: July 20, 2018**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: KIM N. ROBERTS, Debtor(s)
Case no.: 17-31749-CMG
Caption of order: Order allowing telephonic 341 hearing for debtor and adjourning confirmation for one cycle.
------------------------------------------------------------------

    1.  That the Chapter 13 Trustee shall conduct a 341 hearing by telephone with the debtor.

    2.  Debtor's counsel shall be physically present at the location from where the debtor is participating in the telephonic hearing.

    3.  The confirmation hearing in this case will be adjourned to provide adequate time to conduct the telephonic hearing.

    4.  If the debtor fails to appear for telephonic hearing the case will be subject to immediate dismissal upon the submission of a certification from the Chapter 13 trustee to the Court indicating same.