| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICE OF AVRAM D. WHITE<br>66 Hampton Terrace<br>Orange, New Jersey 07050<br>973-669-0857<br>888-481-1709 telefax<br>email to: avram.randr@gmail.com<br>Avram D. White, Esq.<br>Counsel to the Debtor | Order Filed on July 20, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>KIM N. ROBERTS,<br><br>               DEBTOR | Case No.:   17-31749-CMG<br><br>Chapter:   13<br><br>Hearing Date:<br><br>Judge:   GRAVELLE |

## ORDER ALLOWING TELEPHONIC 341 HEARING

    The relief set forth on the following pages, numbered two (2) through ___2___ is **ORDERED**.

**DATED: July 20, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: KIM N. ROBERTS, Debtor(s)
Case no.: 17-31749-CMG
Caption of order: Order allowing telephonic 341 hearing for debtor and adjourning confirmation for one cycle.
-------------------------------------------------------------------

1. That the Chapter 13 Trustee shall conduct a 341 hearing by telephone with the debtor.

2. Debtor's counsel shall be physically present at the location from where the debtor is participating in the telephonic hearing.

3. The confirmation hearing in this case will be adjourned to provide adequate time to conduct the telephonic hearing.

4. If the debtor fails to appear for telephonic hearing the case will be subject to immediate dismissal upon the submission of a certification from the Chapter 13 trustee to the Court indicating same.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-31749-CMG
Kim N Roberts                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Jul 20, 2018
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2018.
db             +Kim N Roberts,   32 Saxony Circle,    Manchester, NJ 08759-6193

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      Avram D White    on behalf of Debtor Kim N Roberts clistbk3@gmail.com,
       adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com
      Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation
       bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Charles G. Wohlrab    on behalf of Creditor   Wells Fargo Bank, NA cwohlrab@logs.com,
       njbankruptcynotifications@logs.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Jill    Manzo    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL
       NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
      R. A. Lebron    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL
       NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
      Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
       rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 9