Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–31749–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kim N Roberts
   32 Saxony Circle
   Manchester, NJ 08759

Social Security No.:
   xxx–xx–0070

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 28, 2018.

On July 2, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           August 21, 2019
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 10, 2019
JAN: pbf

                                                            Jeanne Naughton
                                                            Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                            Case No. 17-31749-CMG
Kim N Roberts                                                     Chapter 13
      Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3         Date Rcvd: Jul 12, 2019
                              Form ID: 185                Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db             +Kim N Roberts,    32 Saxony Circle,    Manchester, NJ 08759-6193
517144233      +Barclays Bank,    125 S West Street,    Wilmington, DE 19801-5014
517144232      +Barclays Bank,    125 South West Street,    Wilmington, DE 19801-5014
517144234      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517144235      +Barclays Bank Delaware,    PO Box 8801,    Wilmington, DE 19899-8801
517144255     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court: Citibank, N.A.,      7930 NW 110th St.,    Kansas City, MO 64153)
517144254     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Bankruptcy Unit,     PO Box 20507,   Kansas City, MO 64195)
517144249     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: CBNA,    50 Northwest Point Road,     Elk Grove Village, IL 60007)
517144238      Capital One Bank,    P.O. Box 83147,    Richmond, VA 23285-5147
517373430      +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite 200,
                 Tucson, AZ 85712-1083
517144250      +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
517144251       Citibank,    PO Box 6004,    Sioux Falls, SD 57117-6004
517144252       Citibank,    PO Box 6405,    The Lakes, NV 88901-6405
517144257      +Citibank, NA,    PO Box 5870,    Grand Central Station,    New York, NY 10163-5870
517144258       Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
517144259       Citicards CBNA,    PO Box 6241,    lbs CDV Disputes,    Sioux Falls, SD 57117-6241
517144262     #+Comenity Bank,    #100, 2795 E Cottonwood Pkwy,,    Salt Lake City, UT 84121-7090
517144269       Credit One Bank,    attn: LVNV Funding,    PO Box 385908,    Minneapolis, MN 55438-5908
517144275      +Department Stores National Bank,     701 E 60th Street N.,    Sioux Falls, SD 57104-0432
517144274      +Department Stores National Bank,     attn: Associated Recovery Systems,    PO Box 469046,
                 Escondido, CA 92046-9046
517292535       Department Stores National Bank,     c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517144276      +Department Stores National Bank Macy's,     9111 Duke Blvd,    Mason, OH 45040-8999
517144277      +Department Stores National Bank/ Macy's,     Po Box 8218,    Mason, OH 45040-8218
517144272      +Department of Veterans Affairs,     Lyons Campus,    151 Knollcroft Road,    Lyons, NJ 07939-5001
517144273      +Department of Veterans Affairs,     PO Box 530269,    Atlanta, GA 30353-0269
517144280      +Internal Revenue Service,     PO Box 025,   Atlanta, GA 30301-0025
517144289      +Macy's,    PO Box 8112,    Mason, OH 45040-8112
517144287       Macy's,    PO Box 8108,    Mason, OH 45040
517144290       Macy's,    PO Box 8102,    Mason, OH 45040
517144288      +Macy's,    PO Box 4580,    Carol Stream, IL 60197-4580
517144286       Macy's,    P.O. Box 4564,    Carol Stream, IL 60197-4564
517370682     #+Seterus, Inc.,    P.O. Box 1047,    Hartford, CT 06143-1047
517144295     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     PO Box 17187,   Baltimore, MD 21297)
517481107       Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517190497      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517144299      +Toyota Motor Credit,    260 Interstat North,    Circle, NW 12th Floor,    Atlanta, GA 30339-2210
517144298      +Toyota Motor Credit,    Attn: USCB, Inc.,    1440 N. Harbor Blvd., #515,
                 Fullerton, CA 92835-4118
517144307       US Department of Education,    PO Box 4222,    Iowa City, IA 52244
517144306      +US Department of Education,    PO Box 1027,    Skokie, IL 60076-8027
517144309      +US Department of Education,    PO Box 5609,    Greenville, TX 75403-5609
517144305      +US Department of Education,    National Payment Center,    PO Box 4169,
                 Greenville, TX 75403-4169
517144308      +US Department of Education,    Attn: Account Control Technology,    PO Box 11750,
                 Bakersfield, CA 93389-1750
517144302      +United States Department Of Education,     121 S 13th St,    Lincoln, NE 68508-1904
517144303       United States Department of Education,     PO Box 7202,    Utica, NY 13504-7202
517197135       Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
517144312      +Wells Fargo Home Mortgage,    5024 Parkway Plaza Blvd.,    Charlotte, NC 28217-1962
517144314      +Wells Fargo Home Mortgage,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
517144311      +Wells Fargo Home Mortgage,    MAC X7801-03K,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
517144313      +Wells Fargo Home Mortgage,    PO Box 10355,    Des Moines, IA 50306-0355
517144310       Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2019 11:27:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2019 11:27:42       United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517144247       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 04:34:20
                 Capital One Bank USA NA,    15000 Capital One Drive,    PO # EPUS2-0000473587,
                 Henrico, VA 23238
517144236       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 04:33:53       Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Jul 12, 2019
                              Form ID: 185             Total Noticed: 82


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517144242      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 04:34:54      Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
517144241      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 04:34:20      Capital One Bank,
                 PO Box 70884,    Charlotte, NC 28272-0884
517144243      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 04:34:54      Capital One Bank,
                 PO Box 650007,    Dallas, TX 75265-0007
517144237      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 04:34:20      Capital One Bank,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
517144239      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 04:34:20      Capital One Bank,
                 PO Box 85147,    Richmond, VA 23276-0001
517144245       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 04:34:20
                 Capital One Bank N.A.,    PO Box 30281,    Salt Lake City, UT 84130-0281
517144244      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 04:33:53
                 Capital One Bank N.A.,    PO Box 30285,    Salt Lake City, UT 84130-0285
517144246      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 04:34:53
                 Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
517144263       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2019 11:27:32      Comenity Bank,
                 PO Box 182789,    Columbus, OH 43218-2789
517144260       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2019 11:27:32      Comenity Bank,
                 PO Box 183003,    Columbus, OH 43218-3003
517144261       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2019 11:27:31      Comenity Bank,
                 PO BOX 183789,    Columbus, OH 43218-2789
517144264      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2019 11:27:32      Comenity Capital/ HSN,
                 995 W 122nd Ave,    Westminster, CO 80234-3417
517144265      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2019 11:27:32      Comenity Capital/ULTA,
                 Po Box 182120,    Columbus, OH 43218-2120
517144267      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 12 2019 04:33:57      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
517144266      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 12 2019 04:34:24      Credit One Bank,
                 PO Box 60500,    City Of Industry, CA 91716-0500
517144270      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 12 2019 04:33:59      Credit One Bank NA,
                 Po Box 98875,    Las Vegas, NV 89193-8875
517144271      +E-mail/Text: DMCCO.VBASPL@va.gov Jul 12 2019 11:28:27      Department of Veteran Affairs,
                 Debit Management Center,    PO Box 11930,    Saint Paul, MN 55111-0930
517144278      +E-mail/Text: electronicbkydocs@nelnet.net Jul 12 2019 11:27:47      Dept Of Education/NELNET,
                 121 S 13th St,    Lincoln, NE 68508-1904
517144283       E-mail/Text: cio.bncmail@irs.gov Jul 12 2019 11:27:06      Internal Revenue Service,
                 ACS Support - Stop 5050,    PO Box 219236,    Kansas City, MO 64121
517370884       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2019 04:34:03
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517369620       E-mail/Text: bkr@cardworks.com Jul 12 2019 11:26:29      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517144291      +E-mail/Text: bkr@cardworks.com Jul 12 2019 11:26:29      Merrick Bank Corp,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
517144292      +E-mail/Text: electronicbkydocs@nelnet.net Jul 12 2019 11:27:47      Nelnet Lns,
                 3015 S Parker Road,    Suite 400,    Aurora, CO 80014-2904
517144293      +E-mail/Text: electronicbkydocs@nelnet.net Jul 12 2019 11:27:47      Nelnet Loan Services,
                 3015 S Parker Road,    Suite 425,    Aurora, CO 80014-2904
517290177       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 04:34:25
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517290212       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 04:34:58
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,    POB 41067,    Norfolk VA 23541
517362282       E-mail/Text: bnc-quantum@quantum3group.com Jul 12 2019 11:27:37
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517168461      +E-mail/Text: electronicbkydocs@nelnet.net Jul 12 2019 11:27:47
                 U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
                                                                                              TOTAL: 32

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517144304       US Department of Education,    401 S State Street,    Room 700F,    PO Box 61735
517144253*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Citibank,    PO Box 6531,    The Lakes, NV 88901)
517144256*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Citibank, N.A.,    PO Box 6615,    The Lakes, NV 88901)
517144240*     +Capital One Bank,    PO Box 85147,    Richmond, VA 23276-0001
517144248*      Capital One Bank, N.A.,    PO Box 30281,    Salt Lake City, UT 84130-0281
517144268*      Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
517144282*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    P.O. Box 745,    District Director,
                 Chicago, IL 60690)
517144284*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    PO Box 660169,    Dallas, TX 75266)
```

```
District/off: 0312-3          User: admin              Page 3 of 3             Date Rcvd: Jul 12, 2019
                              Form ID: 185             Total Noticed: 82


              ***** BYPASSED RECIPIENTS (continued) *****
517144279*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    PO Box 724,
                 Springfield, NJ 07081-0724)
517144281*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Special Procedures Functions,
                 PO Box 724,    Springfield, NJ 07081)
517144285*      Internal Revenue Service,    Special Procedures Function,    PO Box 744,    Springfield, NJ 07081
517144294*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Financial Services,    PO Box 9490,
                 Cedar Rapids, IA 52409-9490)
517144297*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit,    4 Gatehall Drive,    Suite 350,
                 Parsippany, NJ 07054)
517144296*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit,    4 Gatehall Drive, Ste. 350,
                 Parsippany, NJ 07054)
517144300*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
517144301*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Corporation,    19001 South Western Avenue, TC13,
                 Torrance, CA 90509-2958)
517207999*      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
                                                                                               TOTALS: 1, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Avram D White    on behalf of Debtor Kim N Roberts clistbk3@gmail.com,
               adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestc
               ase.com
              Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, NA cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jill   Manzo    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL
               NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL
               NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 9
```