**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:     Case No.:  __17-31749-CMG__

KIM N. ROBERTS,     Judge:  __CHRISTINE M. GRAVELLE__

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original     ☒ Modified/Notice Required     Date: __October 30, 2019__

☐ Motions Included     ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __ADW__     Initial Debtor: __KNR__     Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ __250.00__ per __month__ to the Chapter 13 Trustee, starting on __NOVEMBER 1, 2017__ for approximately __60.00__ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☒    Refinance of real property:
Description:  32 SAXONY CIRCLE, MANCHESTER, NEW JERSEY with VAIRRRL  LOAN
Proposed date for completion: 12/31/2019

☒    Loan modification with respect to mortgage encumbering property:
Description: 2 SAXONY CIRCLE, MANCHESTER, NEW JERSEY
Proposed date for completion: 02/28/2020

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

| Part 2: | Adequate Protection ☒ NONE |
|---|---|

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

| Part 3: | Priority Claims (Including Administrative Expenses) |
|---|---|

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 0.00 |
| DOMESTIC SUPPORT OBLIGATION | ADMINISTRATIVE | $0.00 |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| WELLS FARGO BANK N.A. VA LOAN | FIRST MORTGAGE SECURED TO REAL PROPERTY LOCATED AT 32 SAXONY CIRCLE, MANCHESTER, NJ | $37,000.00 estimated | N/A | $5,500.00 to be paid to creditor by trustee notwithstanding debtor's ongoing concurrent efforts to modify of refinance | $1,800.00 estimated |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

TOYOTA LEASE TRUST, TOYOTA MOTOR CREDIT CORPORATION, PO BOX 9013, ADDISON, TEXAS 75001, (Claim Numbers 2-1 and 2-2 with regard to 2015 Toyota Camry

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:   Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Toyota Lease Trust | $0.00 | Lease of 2016 Toyota Corolla | Debtor to assume lease and continue payments | $199.75 per month |

**Part 7:    Motions ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).    ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) LAW OFFICE OF AVRAM D. WHITE
3) WELLS FARGO BANK, N.A.
4) UNSECURED CREDITORS

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:  Modification  ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: July 2, 2019                .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To reflect the ongoing refinance of the debtors principal residence in addition to loan modification options will current servicer and VA | To explicitly reflect refinance efforts by the debtor |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

## Part 10:  Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: October 30, 2019                                    /s/ Kim N. Roberts
                                                          Debtor

Date: _____                              _____
                                                          Joint Debtor

Date: October 30, 2019                                    /s/ Avram D. White
                                                          Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-31749-CMG
Kim N Roberts                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Nov 01, 2019
                              Form ID: pdf901          Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2019.
```
db              +Kim N Roberts,    32 Saxony Circle,    Manchester, NJ 08759-6193
517144233       +Barclays Bank,    125 S West Street,    Wilmington, DE 19801-5014
517144232       +Barclays Bank,    125 South West Street,    Wilmington, DE 19801-5014
517144235       +Barclays Bank Delaware,    PO Box 8801,    Wilmington, DE 19899-8801
517144234       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517144255      ++CITIBANK,   PO BOX 6043,    SIOUX FALLS SD 57117-6043
                (address filed with court: Citibank, N.A.,     7930 NW 110th St.,    Kansas City, MO 64153)
517144254      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Bankruptcy Unit,     PO Box 20507,    Kansas City, MO 64195)
517144249      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: CBNA,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
517144238        Capital One Bank,    P.O. Box 83147,    Richmond, VA 23285-5147
517373430       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite 200,
                  Tucson, AZ 85712-1083
517144250       +Citibank,   PO Box 6500,    Sioux Falls, SD 57117-6500
517144251        Citibank,   PO Box 6004,    Sioux Falls, SD 57117-6004
517144252        Citibank,   PO Box 6405,    The Lakes, NV 88901-6405
517144257       +Citibank, NA,    PO Box 5870,    Grand Central Station,    New York, NY 10163-5870
517144258        Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
517144259        Citicards CBNA,    PO Box 6241,    lbs CDV Disputes,    Sioux Falls, SD 57117-6241
517144269        Credit One Bank,    attn: LVNV Funding,    PO Box 385908,    Minneapolis, MN 55438-5908
517144275       +Department Stores National Bank,     701 E 60th Street N.,    Sioux Falls, SD 57104-0432
517144274       +Department Stores National Bank,     attn: Associated Recovery Systems,    PO Box 469046,
                  Escondido, CA 92046-9046
517144276       +Department Stores National Bank Macy's,     9111 Duke Blvd,    Mason, OH 45040-8999
517144277       +Department Stores National Bank/ Macy's,     Po Box 8218,    Mason, OH 45040-8218
517144272       +Department of Veterans Affairs,    Lyons Campus,    151 Knollcroft Road,    Lyons, NJ 07939-5001
517144273       +Department of Veterans Affairs,    PO Box 530269,    Atlanta, GA 30353-0269
517144280       +Internal Revenue Service,    PO Box 025,    Atlanta, GA 30301-0025
517144290        Macy's,   PO Box 8102,    Mason, OH 45040
517144287        Macy's,   PO Box 8108,    Mason, OH 45040
517144289       +Macy's,   PO Box 8112,    Mason, OH 45040-8112
517144288        Macy's,   PO Box 4580,    Carol Stream, IL 60197-4580
517144286        Macy's,   P.O. Box 4564,    Carol Stream, IL 60197-4564
517370682      ++SETERUS INC,   PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Seterus, Inc.,     P.O. Box 1047,    Hartford, CT 06143)
517144295      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,     PO Box 17187,    Baltimore, MD 21297)
517481107        Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517190497       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,     PO Box 9013,
                  Addison, Texas 75001-9013
517144299       +Toyota Motor Credit,    260 Interstat North,    Circle, NW 12th Floor,    Atlanta, GA 30339-2210
517144298       +Toyota Motor Credit,    Attn: USCB, Inc.,    1440 N. Harbor Blvd., #515,
                  Fullerton, CA 92835-4118
517144307        US Department of Education,    PO Box 4222,    Iowa City, IA 52244
517144306       +US Department of Education,    PO Box 1027,    Skokie, IL 60076-8027
517144309       +US Department of Education,    PO Box 5609,    Greenville, TX 75403-5609
517144305       +US Department of Education,    National Payment Center,    PO Box 4169,
                  Greenville, TX 75403-4169
517144308       +US Department of Education,    Attn: Account Control Technology,    PO Box 11750,
                  Bakersfield, CA 93389-1750
517144302       +United States Department Of Education,     121 S 13th St,    Lincoln, NE 68508-1904
517144303        United States Department of Education,     PO Box 7202,    Utica, NY 13504-7202
517197135        Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
                  1000 Blue Gentian Road,    Eagan, MN 55121-7700
517144312       +Wells Fargo Home Mortgage,    5024 Parkway Plaza Blvd.,    Charlotte, NC 28217-1962
517144314       +Wells Fargo Home Mortgage,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
517144311       +Wells Fargo Home Mortgage,    MAC X7801-03K,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
517144313       +Wells Fargo Home Mortgage,    PO Box 10355,    Des Moines, IA 50306-0355
517144310        Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2019 00:27:45      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2019 00:27:42      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517144247        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2019 00:33:51
                  Capital One Bank USA NA,    15000 Capital One Drive,    PO # EPUS2-0000473587,
                  Henrico, VA 23238
517144236        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2019 00:32:52      Capital One,
                  15000 Capital One Dr,    Richmond, VA 23238
517144242       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2019 00:31:55      Capital One Bank,
                  PO Box 71083,    Charlotte, NC 28272-1083
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Nov 01, 2019
                              Form ID: pdf901          Total Noticed: 82

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517144241      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2019 00:31:55      Capital One Bank,
                PO Box 70884,    Charlotte, NC 28272-0884
517144243      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2019 00:33:47      Capital One Bank,
                PO Box 650007,    Dallas, TX 75265-0007
517144237      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2019 00:33:49      Capital One Bank,
                Po Box 30253,    Salt Lake City, UT 84130-0253
517144239      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2019 00:31:55      Capital One Bank,
                PO Box 85147,    Richmond, VA 23276-0001
517144245       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2019 00:31:57
                Capital One Bank N.A.,    PO Box 30281,    Salt Lake City, UT 84130-0281
517144244      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2019 00:32:52
                Capital One Bank N.A.,    PO Box 30285,    Salt Lake City, UT 84130-0285
517144246      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2019 00:33:55
                Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
517144262      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 02 2019 00:27:16      Comenity Bank,
                #100, 2795 E Cottonwood Pkwy,,    Salt Lake City, UT 84121-7090
517144263       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 02 2019 00:27:17      Comenity Bank,
                PO Box 182789,    Columbus, OH 43218-2789
517144260       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 02 2019 00:27:17      Comenity Bank,
                PO Box 183003,    Columbus, OH 43218-3003
517144261       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 02 2019 00:27:16      Comenity Bank,
                PO BOX 183789,    Columbus, OH 43218-2789
517144264      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 02 2019 00:27:17      Comenity Capital/ HSN,
                995 W 122nd Ave,    Westminster, CO 80234-3417
517144265      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 02 2019 00:27:17      Comenity Capital/ULTA,
                Po Box 182120,    Columbus, OH 43218-2120
517144267      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 02 2019 00:32:10      Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
517144266      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 02 2019 00:32:07      Credit One Bank,
                PO Box 60500,    City Of Industry, CA 91716-0500
517144270      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 02 2019 00:33:01      Credit One Bank NA,
                Po Box 98875,    Las Vegas, NV 89193-8875
517292535       E-mail/Text: bnc-quantum@quantum3group.com Nov 02 2019 00:27:36
                Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
517144271      +E-mail/Text: DMCCO.VBASPL@va.gov Nov 02 2019 00:28:42      Department of Veteran Affairs,
                Debit Management Center,    PO Box 11930,    Saint Paul, MN 55111-0930
517144278      +E-mail/Text: electronicbkydocs@nelnet.net Nov 02 2019 00:27:50      Dept Of Education/NELNET,
                121 S 13th St,    Lincoln, NE 68508-1904
517144283       E-mail/Text: cio.bncmail@irs.gov Nov 02 2019 00:26:58      Internal Revenue Service,
                ACS Support - Stop 5050,    PO Box 219236,    Kansas City, MO 64121
517370884       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2019 00:33:09
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517369620       E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 02 2019 00:32:47      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517144291      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 02 2019 00:32:45      Merrick Bank Corp,
                Po Box 9201,    Old Bethpage, NY 11804-9001
517144292      +E-mail/Text: electronicbkydocs@nelnet.net Nov 02 2019 00:27:50      Nelnet Lns,
                3015 S Parker Road,    Suite 400,    Aurora, CO 80014-2904
517144293      +E-mail/Text: electronicbkydocs@nelnet.net Nov 02 2019 00:27:50      Nelnet Loan Services,
                3015 S Parker Road,    Suite 425,    Aurora, CO 80014-2904
517290177       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2019 00:32:03
                Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517290212       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2019 00:33:56
                Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,    POB 41067,    Norfolk VA 23541
517362282       E-mail/Text: bnc-quantum@quantum3group.com Nov 02 2019 00:27:36
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517168461      +E-mail/Text: electronicbkydocs@nelnet.net Nov 02 2019 00:27:50
                U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
                                                                                              TOTAL: 34

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517144304        US Department of Education,    401 S State Street,    Room 700F,    PO Box 61735
517144253*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank,     PO Box 6531,    The Lakes, NV 88901)
517144256*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank, N.A.,     PO Box 6615,    The Lakes, NV 88901)
517144240*      +Capital One Bank,    PO Box 85147,    Richmond, VA 23276-0001
517144248*       Capital One Bank, N.A.,    PO Box 30281,    Salt Lake City, UT 84130-0281
517144268*       Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
517144282*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,     P.O. Box 745,    District Director,
                  Chicago, IL 60690)
517144284*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,     PO Box 660169,    Dallas, TX 75266)
```

```
District/off: 0312-3          User: admin              Page 3 of 3             Date Rcvd: Nov 01, 2019
                              Form ID: pdf901          Total Noticed: 82


             ***** BYPASSED RECIPIENTS (continued) *****
517144279*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    PO Box 724,
                 Springfield, NJ 07081-0724)
517144281*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Special Procedures Functions,
                 PO Box 724,   Springfield, NJ 07081)
517144285*      Internal Revenue Service,    Special Procedures Function,    PO Box 744,   Springfield, NJ 07081
517144294*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Financial Services,    PO Box 9490,
                 Cedar Rapids, IA 52409-9490)
517144297*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit,    4 Gatehall Drive,    Suite 350,
                 Parsippany, NJ 07054)
517144296*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit,    4 Gatehall Drive, Ste. 350,
                 Parsippany, NJ 07054)
517144300*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
517144301*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Corporation,    19001 South Western Avenue, TC13,
                 Torrance, CA 90509-2958)
517207999*      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
                                                                                               TOTALS: 1, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Avram D White    on behalf of Debtor Kim N Roberts clistbk3@gmail.com,
               adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestc
               ase.com
              Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, NA cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL
               NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL
               NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 9
```