UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WNI 18-022392
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Charles G. Wohlrab, Esq. 016592012
ATTORNEYS FOR WELLS FARGO BANK, NA

IN RE:

KIM N. ROBERTS, DEBTOR

**Order Filed on March 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CASE NO.: 17-31749-CMG

JUDGE: HONORABLE CHRISTINE M GRAVELLE

CHAPTER: 13

## CONSENT ORDER RESOLVING MOTION TO DISMISS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: March 25, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Wells Fargo Bank, NA, hereinafter "Secured Creditor", upon the filing of a Notice of Motion for Dismissal in a Chapter 13 Case for failure of the Debtor to comply with a material provision of a confirmed Chapter 13 Plan and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtor and the attorney for the Debtor, if any, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1.     On January 28, 2020, Secured Creditor offered debtor a trial loan modification.

2.     Starting March 1, 2020, Debtor is to remit monthly trial loan modification payments to Secured Creditor in the amount of $1,634.22.

3.     If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

/s/ Charles G. Wohlrab                                             Date: 03/25/2020
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____                          Date: March 24, 2020
Avram D. White, Esquire
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Kim N Roberts  
    Debtor

Case No. 17-31749-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 25, 2020  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.  
db           +Kim N Roberts,    32 Saxony Circle,    Manchester, NJ 08759-6193

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:

          Albert Russo     docs@russotrustee.com  
          Avram D White     on behalf of Debtor Kim N Roberts clistbk3@gmail.com,  
           adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com  
          Brian C. Nicholas     on behalf of Creditor    Toyota Motor Credit Corporation  
           bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Charles G. Wohlrab     on behalf of Creditor    Wells Fargo Bank, NA cwohlrab@LOGS.com,  
           njbankruptcynotifications@logs.com  
          Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Jill Manzo     on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL  
           NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com  
          R. A. Lebron     on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL  
           NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com  
          Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation  
           rsolarz@kmllawgroup.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                 TOTAL: 9