| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1** | **Kim N Roberts** <br> First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–0070 <br> EIN:   _ _ – _ _ _ _ _ _ _ | |
| **Debtor 2** <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   _ _ _ _ <br> EIN:   _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   District of New Jersey | | Date case filed in chapter:   13   10/27/17 | |
| Case number:   17–31749–CMG | | Date case converted to chapter:   7   9/2/20 | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| **1.** | **Debtor's full name** | Kim N Roberts | | |
| **2.** | **All other names used in the last 8 years** | | | |
| **3.** | **Address** | 32 Saxony Circle <br> Manchester, NJ 08759 | | |
| **4.** | **Debtor's attorney** <br> Name and address | Avram D White <br> Law Offices of Avram D White, Esq <br> 66 Hampton Terrace <br> Orange, NJ 07050 | | Contact phone 973–669–0857 <br> Email:  clistbk3@gmail.com |
| **5.** | **Bankruptcy trustee** <br> Name and address | Karen E. Bezner <br> 567 Park Avenue, Suite 103 <br> Scotch Plains, NJ 07076 | | Contact phone (908) 322–8484 |

**For more information, see page 2 >**

Debtor  **Kim N Roberts**                                                                                                  Case number **17–31749–CMG**

---

| 6. | **Bankruptcy clerk's office** | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the<br>Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m.,<br>Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 9/2/20 |
|---|---|---|---|
|   | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | | |

---

| 7. | **Meeting of creditors** | **October 5, 2020 at 01:00 PM** | Location: |
|---|---|---|---|
|   | **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
|   | All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | | |

---

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
|   | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

---

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 12/4/20** |
|---|---|---|---|
|   | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |
|   | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

---

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
|   | Please do not file a proof of claim unless you receive a notice to do so. | |

---

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-31749-CMG
Kim N Roberts                                                                 Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3          Date Rcvd: Sep 02, 2020
                             Form ID: 309A         Total Noticed: 89

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2020.
db           +Kim N Roberts,    32 Saxony Circle,   Manchester, NJ 08759-6193
tr           +Karen E. Bezner,    567 Park Avenue, Suite 103,   Scotch Plains, NJ 07076-1754
517144249    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: CBNA,    50 Northwest Point Road,   Elk Grove Village, IL 60007)
517144238     Capital One Bank,    P.O. Box 83147,   Richmond, VA 23285-5147
517373430    +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite 200,
              Tucson, AZ 85712-1083
517144257    +Citibank, NA,    PO Box 5870,   Grand Central Station,   New York, NY 10163-5870
517144269     Credit One Bank,   attn: LVNV Funding,   PO Box 385908,   Minneapolis, MN 55438-5908
517144275    +Department Stores National Bank,    701 E 60th Street N.,   Sioux Falls, SD 57104-0432
517144274    +Department Stores National Bank,   attn: Associated Recovery Systems,   PO Box 469046,
              Escondido, CA 92046-9046
517144273    +Department of Veterans Affairs,    PO Box 530269,   Atlanta, GA 30353-0269
517144272    +Department of Veterans Affairs,    Lyons Campus,   151 Knollcroft Road,   Lyons, NJ 07939-5001
517144280    +Internal Revenue Service,    PO Box 025,   Atlanta, GA 30301-0025
517144290     Macy's,   PO Box 8102,   Mason, OH 45040
517144287     Macy's,   PO Box 8108,   Mason, OH 45040
517370682    ++SETERUS INC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Seterus, Inc.,    P.O. Box 1047,   Hartford, CT 06143)
517190497    +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,   PO Box 9013,
              Addison, Texas 75001-9013
517144298    +Toyota Motor Credit,    Attn: USCB, Inc.,   1440 N. Harbor Blvd., #515,
              Fullerton, CA 92835-4118
517144307     US Department of Education,    PO Box 4222,   Iowa City, IA 52244
517144305    +US Department of Education,    National Payment Center,   PO Box 4169,
              Greenville, TX 75403-4169
517144306    +US Department of Education,    PO Box 1027,   Skokie, IL 60076-8027
517144308    +US Department of Education,    Attn: Account Control Technology,   PO Box 11750,
              Bakersfield, CA 93389-1750
517144302    +United States Department Of Education,    121 S 13th St,   Lincoln, NE 68508-1904
517144303     United States Department of Education,    PO Box 7202,   Utica, NY 13504-7202
517144310     Wells Fargo Home Mortgage,    4080 Hallmark Parkway,   San Bernardino, CA 92407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: clistbk3@gmail.com Sep 03 2020 00:42:04    Avram D White,
              Law Offices of Avram D White, Esq,   66 Hampton Terrace,   Orange, NJ 07050
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 03 2020 00:43:14    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 03 2020 00:43:12    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517144233    +EDI: TSYS2.COM Sep 03 2020 04:03:00    Barclays Bank,   125 S West Street,
              Wilmington, DE 19801-5014
517144232    +EDI: TSYS2.COM Sep 03 2020 04:03:00    Barclays Bank,   125 South West Street,
              Wilmington, DE 19801-5014
517144235    +EDI: TSYS2.COM Sep 03 2020 04:03:00    Barclays Bank Delaware,   PO Box 8801,
              Wilmington, DE 19899-8801
517144234    +EDI: TSYS2.COM Sep 03 2020 04:03:00    Barclays Bank Delaware,   Po Box 8803,
              Wilmington, DE 19899-8803
517144236     EDI: CAPITALONE.COM Sep 03 2020 04:03:00    Capital One,   15000 Capital One Dr,
              Richmond, VA 23238
517144247     EDI: CAPITALONE.COM Sep 03 2020 04:03:00    Capital One Bank USA NA,   15000 Capital One Drive,
              PO # EPUS2-0000473587,   Henrico, VA 23238
517144253     EDI: CITICORP.COM Sep 03 2020 04:03:00    Citibank,   PO Box 6531,   The Lakes, NV 88901
517144254     EDI: CITICORP.COM Sep 03 2020 04:03:00    Citibank Bankruptcy Unit,   PO Box 20507,
              Kansas City, MO 64195
517144256     EDI: CITICORP.COM Sep 03 2020 04:03:00    Citibank, N.A.,   PO Box 6615,   The Lakes, NV 88901
517144255     EDI: CITICORP.COM Sep 03 2020 04:03:00    Citibank, N.A.,   7930 NW 110th St.,
              Kansas City, MO 64153
517144242    +EDI: CAPITALONE.COM Sep 03 2020 04:03:00    Capital One Bank,   PO Box 71083,
              Charlotte, NC 28272-1083
517144241    +EDI: CAPITALONE.COM Sep 03 2020 04:03:00    Capital One Bank,   PO Box 70884,
              Charlotte, NC 28272-0884
517144243    +EDI: CAPITALONE.COM Sep 03 2020 04:03:00    Capital One Bank,   PO Box 650007,
              Dallas, TX 75265-0007
517144237    +EDI: CAPITALONE.COM Sep 03 2020 04:03:00    Capital One Bank,   Po Box 30253,
              Salt Lake City, UT 84130-0253
517144239    +EDI: CAPITALONE.COM Sep 03 2020 04:03:00    Capital One Bank,   PO Box 85147,
              Richmond, VA 23276-0001
517144245     EDI: CAPITALONE.COM Sep 03 2020 04:03:00    Capital One Bank N.A.,   PO Box 30281,
              Salt Lake City, UT 84130-0281
517144244    +EDI: CAPITALONE.COM Sep 03 2020 04:03:00    Capital One Bank N.A.,   PO Box 30285,
              Salt Lake City, UT 84130-0285

```
District/off: 0312-3            User: admin             Page 2 of 3             Date Rcvd: Sep 02, 2020
                               Form ID: 309A            Total Noticed: 89

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517144246      +EDI: CAPITALONE.COM Sep 03 2020 04:03:00      Capital One Bank USA NA,    PO Box 30281,
                Salt Lake City, UT 84130-0281
517144250      +EDI: CITICORP.COM Sep 03 2020 04:03:00      Citibank,    PO Box 6500,
                Sioux Falls, SD 57117-6500
517144252       EDI: CITICORP.COM Sep 03 2020 04:03:00      Citibank,    PO Box 6405,    The Lakes, NV 88901-6405
517144251       EDI: CITICORP.COM Sep 03 2020 04:03:00      Citibank,    PO Box 6004,
                Sioux Falls, SD 57117-6004
517144259       EDI: CITICORP.COM Sep 03 2020 04:03:00      Citicards CBNA,    PO Box 6241,    lbs CDV Disputes,
                Sioux Falls, SD 57117-6241
517144258       EDI: CITICORP.COM Sep 03 2020 04:03:00      Citicards CBNA,    PO Box 6241,
                Sioux Falls, SD 57117-6241
517144262      +EDI: WFNNB.COM Sep 03 2020 04:03:00      Comenity Bank,    #100, 2795 E Cottonwood Pkwy,,
                Salt Lake City, UT 84121-7090
517144263       EDI: WFNNB.COM Sep 03 2020 04:03:00      Comenity Bank,    PO Box 182789,
                Columbus, OH 43218-2789
517144260       EDI: WFNNB.COM Sep 03 2020 04:03:00      Comenity Bank,    PO Box 183003,
                Columbus, OH 43218-3003
517144261       EDI: WFNNB.COM Sep 03 2020 04:03:00      Comenity Bank,    PO BOX 183789,
                Columbus, OH 43218-2789
517144264      +EDI: WFNNB.COM Sep 03 2020 04:03:00      Comenity Capital/ HSN,    995 W 122nd Ave,
                Westminster, CO 80234-3417
517144265      +EDI: WFNNB.COM Sep 03 2020 04:03:00      Comenity Capital/ULTA,    Po Box 182120,
                Columbus, OH 43218-2120
517144267      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 03 2020 00:45:07      Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
517144266      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 03 2020 00:44:30      Credit One Bank,
                PO Box 60500,    City Of Industry, CA 91716-0500
517144270      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 03 2020 00:44:30      Credit One Bank NA,
                Po Box 98875,    Las Vegas, NV 89193-8875
517292535       EDI: Q3G.COM Sep 03 2020 04:03:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                PO Box 657,    Kirkland, WA  98083-0657
517144276      +EDI: TSYS2.COM Sep 03 2020 04:03:00      Department Stores National Bank Macy's,
                9111 Duke Blvd,    Mason, OH 45040-8999
517144277      +EDI: TSYS2.COM Sep 03 2020 04:03:00      Department Stores National Bank/ Macy's,    Po Box 8218,
                Mason, OH 45040-8218
517144271      +E-mail/Text: DMCCO.VBASPL@va.gov Sep 03 2020 00:43:46      Department of Veteran Affairs,
                Debit Management Center,    PO Box 11930,    Saint Paul, MN 55111-0930
517144278      +E-mail/Text: electronicbkdocs@nelnet.net Sep 03 2020 00:43:17      Dept Of Education/NELNET,
                121 S 13th St,    Lincoln, NE 68508-1904
517144283       EDI: IRS.COM Sep 03 2020 04:03:00      Internal Revenue Service,    ACS Support - Stop 5050,
                PO Box 219236,    Kansas City, MO 64121
517370884       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 03 2020 00:45:13
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517369620       E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 03 2020 00:44:54      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517144286       EDI: TSYS2.COM Sep 03 2020 04:03:00      Macy's,    P.O. Box 4564,    Carol Stream, IL 60197-4564
517144288       EDI: TSYS2.COM Sep 03 2020 04:03:00      Macy's,    PO Box 4580,    Carol Stream, IL 60197-4580
517144289      +EDI: TSYS2.COM Sep 03 2020 04:03:00      Macy's,    PO Box 8112,    Mason, OH 45040-8112
517144291      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 03 2020 00:45:48      Merrick Bank Corp,
                Po Box 9201,    Old Bethpage, NY 11804-9001
517144292      +E-mail/Text: electronicbkdocs@nelnet.net Sep 03 2020 00:43:17      Nelnet Lns,
                3015 S Parker Road,    Suite 400,    Aurora, CO 80014-2904
517144293      +E-mail/Text: electronicbkdocs@nelnet.net Sep 03 2020 00:43:17      Nelnet Loan Services,
                3015 S Parker Road,    Suite 425,    Aurora, CO 80014-2904
517290177       EDI: PRA.COM Sep 03 2020 04:03:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                POB 41067,    Norfolk VA 23541
517290212       EDI: PRA.COM Sep 03 2020 04:03:00      Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,
                POB 41067,    Norfolk VA 23541
517362282       EDI: Q3G.COM Sep 03 2020 04:03:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                PO Box 788,    Kirkland, WA 98083-0788
517144295       EDI: TFSR.COM Sep 03 2020 04:03:00      Toyota Financial Services,    PO Box 17187,
                Baltimore, MD 21297
517144294       EDI: TFSR.COM Sep 03 2020 04:03:00      Toyota Financial Services,    PO Box 9490,
                Cedar Rapids, IA 52409-9490
517144296       EDI: TFSR.COM Sep 03 2020 04:03:00      Toyota Motor Credit,    4 Gatehall Drive, Ste. 350,
                Parsippany, NJ 07054
517144301       EDI: TFSR.COM Sep 03 2020 04:03:00      Toyota Motor Credit Corporation,
                19001 South Western Avenue, TC13,    Torrance, CA 90509-2958
517481107       EDI: BL-BECKET.COM Sep 03 2020 04:03:00      Toyota Lease Trust,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
517144299      +EDI: TFSR.COM Sep 03 2020 04:03:00      Toyota Motor Credit,    260 Interstat North,
                Circle, NW 12th Floor,    Atlanta, GA 30339-2210
517168461      +E-mail/Text: electronicbkdocs@nelnet.net Sep 03 2020 00:43:17
                U.S. Department of Education C/o Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
517144309      +EDI: ECMC.COM Sep 03 2020 04:03:00      US Department of Education,    PO Box 5609,
                Greenville, TX 75403-5609
```

District/off: 0312-3          User: admin          Page 3 of 3          Date Rcvd: Sep 02, 2020
                             Form ID: 309A         Total Noticed: 89

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517197135        EDI: WFFC.COM Sep 03 2020 04:03:00    Wells Fargo Bank, N.A.,   Default Document Processing,
                 MAC# N9286-01Y,   1000 Blue Gentian Road,   Eagan, MN 55121-7700
517144313       +EDI: WFFC.COM Sep 03 2020 04:03:00    Wells Fargo Home Mortgage,   PO Box 10355,
                 Des Moines, IA 50306-0355
517144312       +EDI: WFFC.COM Sep 03 2020 04:03:00    Wells Fargo Home Mortgage,   5024 Parkway Plaza Blvd.,
                 Charlotte, NC 28217-1962
517144311       +EDI: WFFC.COM Sep 03 2020 04:03:00    Wells Fargo Home Mortgage,   MAC X7801-03K,
                 3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
517144314       +EDI: WFFC.COM Sep 03 2020 04:03:00    Wells Fargo Home Mortgage,   3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
                                                                              TOTAL: 65

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517144304        US Department of Education,   401 S State Street,   Room 700F,   PO Box 61735
517144240*      +Capital One Bank,   PO Box 85147,   Richmond, VA 23276-0001
517144248*       Capital One Bank, N.A.,   PO Box 30281,   Salt Lake City, UT 84130-0281
517144268*       Credit One Bank,   PO Box 98873,   Las Vegas, NV 89193-8873
517144282*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   P.O. Box 745,   District Director,
                 Chicago, IL 60690)
517144284*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   PO Box 660169,   Dallas, TX 75266)
517144279*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   PO Box 724,
                 Springfield, NJ 07081-0724)
517144281*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   Special Procedures Functions,
                 PO Box 724,   Springfield, NJ 07081)
517144285*       Internal Revenue Service,   Special Procedures Function,   PO Box 744,   Springfield, NJ 07081
517144297*      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit,   4 Gatehall Drive,   Suite 350,
                 Parsippany, NJ 07054)
517144300*      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Co,   4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
517207999*      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
                                                                     TOTALS: 1, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
NONE.                                                                   TOTAL: 0