UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br><br>Kim N Roberts | Case No.: | 17-31749 |
|---|---|---|
| | Judge: | Gravelle |
| | Chapter: | 7 |

### ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

The relief set forth on the following page is hereby **ORDERED**.

DATED: 09/02/2020

Christine M. Gravelle/MJB
Judge, U. S. Bankruptcy Court

The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

ORDERED that within 14 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:  
Kim N Roberts  
    Debtor

Case No. 17-31749-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 02, 2020  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2020.  
db         +Kim N Roberts,    32 Saxony Circle,    Manchester, NJ 08759-6193

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2020 at the address(es) listed below:

        Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
        Albert Russo    docs@russotrustee.com  
        Avram D White    on behalf of Debtor Kim N Roberts clistbk3@gmail.com, adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com  
        Brian C. Nicholas    on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Elizabeth L. Wassall    on behalf of Creditor Wells Fargo Bank, NA ewassall@logs.com, njbankruptcynotifications@logs.com  
        Jill Manzo    on behalf of Creditor SETERUS, INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com  
        R. A. Lebron    on behalf of Creditor SETERUS, INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com  
        Rebecca Ann Solarz    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                  TOTAL: 10