UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Kim Roberts

Case No.: 17-31749
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __December 22, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
32 Saxony Circle
Manchester, NJ
Valued at $250,000.00

Liens on property:    Wells Fargo, $240,612.00

Amount of equity claimed as exempt:  $25,150.00

Objections must be served on, and requests for additional information directed to:

Name:    Karen E. Bezner, Trustee   /s/  Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-31749-CMG |
| Kim N Roberts | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 24, 2020 | Form ID: pdf905 | Total Noticed: 84 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim N Roberts, 32 Saxony Circle, Manchester, NJ 08759-6193 |
| 517144233 | + | Barclays Bank, 125 S West Street, Wilmington, DE 19801-5014 |
| 517144232 | + | Barclays Bank, 125 South West Street, Wilmington, DE 19801-5014 |
| 517144234 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517144235 | + | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899-8801 |
| 517144255 | ++ | CITIBANK, PO BOX 6043, SIOUX FALLS SD 57117-6043 address filed with court:, Citibank, N.A., 7930 NW 110th St., Kansas City, MO 64153 |
| 517144253 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank, PO Box 6531, The Lakes, NV 88901 |
| 517144254 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank Bankruptcy Unit, PO Box 20507, Kansas City, MO 64195 |
| 517144256 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank, N.A., PO Box 6615, The Lakes, NV 88901 |
| 517144249 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 517144238 | | Capital One Bank, P.O. Box 83147, Richmond, VA 23285-5147 |
| 517373430 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 517144250 | + | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517144251 | | Citibank, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 517144252 | | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 517144257 | + | Citibank, NA, PO Box 5870, Grand Central Station, New York, NY 10163-5870 |
| 517144258 | | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517144259 | | Citicards CBNA, PO Box 6241, lbs CDV Disputes, Sioux Falls, SD 57117-6241 |
| 517144269 | | Credit One Bank, attn: LVNV Funding, PO Box 385908, Minneapolis, MN 55438-5908 |
| 517144275 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Stores National Bank, 701 E 60th Street N., Sioux Falls, SD 57117 |
| 517144276 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Stores National Bank Macy's, 9111 Duke Blvd, Mason, OH 45040 |
| 517144277 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Stores National Bank/ Macy's, Po Box 8218, Mason, OH 45040 |
| 517144286 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, P.O. Box 4564, Carol Stream, IL 60197-4564 |
| 517144288 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, PO Box 4580, Carol Stream, IL 60197-4580 |
| 517144274 | + | Department Stores National Bank, attn: Associated Recovery Systems, PO Box 469046, Escondido, CA 92046-9046 |
| 517144273 | + | Department of Veterans Affairs, PO Box 530269, Atlanta, GA 30353-0269 |
| 517144272 | + | Department of Veterans Affairs, Lyons Campus, 151 Knollcroft Road, Lyons, NJ 07939-5001 |
| 517144280 | + | Internal Revenue Service, PO Box 025, Atlanta, GA 30301-0025 |
| 517144290 | | Macy's, PO Box 8102, Mason, OH 45040 |
| 517144289 | #+ | Macy's, PO Box 8112, Mason, OH 45040-8112 |
| 517144287 | | Macy's, PO Box 8108, Mason, OH 45040 |
| 517370682 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, Inc., P.O. Box 1047, Hartford, CT 06143 |
| 517144295 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 17187, Baltimore, MD 21297 |
| 517481107 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517190497 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517144298 | + | Toyota Motor Credit, Attn: USCB, Inc., 1440 N. Harbor Blvd., #515, Fullerton, CA 92835-4118 |
| 517144299 | + | Toyota Motor Credit, 260 Interstat North, Circle, NW 12th Floor, Atlanta, GA 30339-2210 |

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: pdf905 | Total Noticed: 84 |

| | | |
|---|---|---|
| 517144307 | | US Department of Education, PO Box 4222, Iowa City, IA 52244 |
| 517144306 | + | US Department of Education, PO Box 1027, Skokie, IL 60076-8027 |
| 517144309 | + | US Department of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 517144305 | + | US Department of Education, National Payment Center, PO Box 4169, Greenville, TX 75403-4169 |
| 517144308 | + | US Department of Education, Attn: Account Control Technology, PO Box 11750, Bakersfield, CA 93389-1750 |
| 517144302 | + | United States Department Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517144303 | | United States Department of Education, PO Box 7202, Utica, NY 13504-7202 |
| 517197135 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 517144312 | + | Wells Fargo Home Mortgage, 5024 Parkway Plaza Blvd., Charlotte, NC 28217-1962 |
| 517144314 | + | Wells Fargo Home Mortgage, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 517144311 | + | Wells Fargo Home Mortgage, MAC X7801-03K, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 517144310 | | Wells Fargo Home Mortgage, 4080 Hallmark Parkway, San Bernardino, CA 92407 |
| 517144313 | + | Wells Fargo Home Mortgage, PO Box 10355, Des Moines, IA 50306-0355 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 24 2020 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 24 2020 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517144247 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:26:13 | Capital One Bank USA NA, 15000 Capital One Drive, PO # EPUS2-0000473587, Henrico, VA 23238 |
| 517144236 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:26:13 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517144243 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:28:45 | Capital One Bank, PO Box 650007, Dallas, TX 75265-0007 |
| 517144239 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:27:28 | Capital One Bank, PO Box 85147, Richmond, VA 23276-0001 |
| 517144242 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:27:28 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517144241 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:27:28 | Capital One Bank, PO Box 70884, Charlotte, NC 28272-0884 |
| 517144237 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:28:45 | Capital One Bank, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517144245 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:26:13 | Capital One Bank N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517144244 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:26:13 | Capital One Bank N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517144246 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:27:28 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517144262 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 21:20:00 | Comenity Bank, #100, 2795 E Cottonwood Pkwy,, Salt Lake City, UT 84121-7090 |
| 517144260 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 21:20:00 | Comenity Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 517144263 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 21:20:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 517144261 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 21:20:00 | Comenity Bank, PO BOX 183789, Columbus, OH 43218-2789 |
| 517144264 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 21:20:00 | Comenity Capital/ HSN, 995 W 122nd Ave, Westminster, CO 80234-3417 |

Case 17-31749-CMG    Doc 105    Filed 11/26/20    Entered 11/27/20 00:17:00    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: pdf905 | Total Noticed: 84 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517144265 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 24 2020 21:20:00 | | Comenity Capital/ULTA, Po Box 182120, Columbus, OH 43218-2120 |
| 517144266 | + | Email/PDF: creditonebknotifications@resurgent.com Nov 24 2020 22:26:15 | | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 517144267 | + | Email/PDF: creditonebknotifications@resurgent.com Nov 24 2020 22:26:15 | | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517144270 | + | Email/PDF: creditonebknotifications@resurgent.com Nov 24 2020 22:28:47 | | Credit One Bank NA, Po Box 98875, Las Vegas, NV 89193-8875 |
| 517292535 | | Email/Text: bnc-quantum@quantum3group.com Nov 24 2020 21:20:00 | | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517144271 | + | Email/Text: DMCCO.VBASPL@va.gov Nov 24 2020 21:21:00 | | Department of Veteran Affairs, Debit Management Center, PO Box 11930, Saint Paul, MN 55111-0930 |
| 517144278 | + | Email/Text: electronicbkydocs@nelnet.net Nov 24 2020 21:21:00 | | Dept Of Education/NELNET, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517144283 | | Email/Text: sbse.cio.bnc.mail@irs.gov Nov 24 2020 21:20:00 | | Internal Revenue Service, ACS Support - Stop 5050, PO Box 219236, Kansas City, MO 64121 |
| 517370884 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 24 2020 22:27:35 | | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517369620 | | Email/PDF: MerrickBKNotifications@Resurgent.com Nov 24 2020 22:26:15 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517144291 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Nov 24 2020 22:27:21 | | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517144292 | + | Email/Text: electronicbkydocs@nelnet.net Nov 24 2020 21:21:00 | | Nelnet Lns, 3015 S Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 517144293 | + | Email/Text: electronicbkydocs@nelnet.net Nov 24 2020 21:21:00 | | Nelnet Loan Services, 3015 S Parker Road, Suite 425, Aurora, CO 80014-2904 |
| 517290177 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 24 2020 22:28:49 | | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517290212 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 24 2020 22:26:18 | | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 517362282 | | Email/Text: bnc-quantum@quantum3group.com Nov 24 2020 21:20:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517168461 | + | Email/Text: electronicbkydocs@nelnet.net Nov 24 2020 21:21:00 | | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517144304 | | US Department of Education, 401 S State Street, Room 700F, PO Box 61735 |
| 517144240 | *+ | Capital One Bank, PO Box 85147, Richmond, VA 23276-0001 |
| 517144248 | * | Capital One Bank, N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517144268 | * | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517144282 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 745, District Director, Chicago, IL 60690 |
| 517144284 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 660169, Dallas, TX 75266 |

| | | |
|---|---|---|
| 517144279 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |
| 517144281 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Functions, PO Box 724, Springfield, NJ 07081 |
| 517144285 | * | Internal Revenue Service, Special Procedures Function, PO Box 744, Springfield, NJ 07081 |
| 517144294 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 9490, Cedar Rapids, IA 52409-9490 |
| 517144297 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit, 4 Gatehall Drive, Suite 350, Parsippany, NJ 07054 |
| 517144296 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit, 4 Gatehall Drive, Ste. 350, Parsippany, NJ 07054 |
| 517144300 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 517144301 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Corporation, 19001 South Western Avenue, TC13, Torrance, CA 90509-2958 |
| 517207999 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:**

**Name** — **Email Address**

Albert Russo
  on behalf of Trustee Albert Russo docs@russotrustee.com

Avram D White
  on behalf of Debtor Kim N Roberts clistbk3@gmail.com
  adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com

Brian C. Nicholas
  on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
  on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
  on behalf of Creditor Wells Fargo Bank  NA ewassall@logs.com, njbankruptcynotifications@logs.com

Jill Manzo
  on behalf of Creditor SETERUS  INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@fskslaw.com

Karen E. Bezner
  Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner
  on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

R. A. Lebron
  on behalf of Creditor SETERUS  INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@fskslaw.com

Rebecca Ann Solarz

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Nov 24, 2020 | Form ID: pdf905 | Total Noticed: 84 |

on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11