Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−31749−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kim N Roberts
   32 Saxony Circle
   Manchester, NJ 08759

Social Security No.:
   xxx−xx−0070

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: December 28, 2020
JAN: mrg

                                                                                  Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-31749-CMG |
| Kim N Roberts | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 28, 2020 | Form ID: cscnodsc | Total Noticed: 78 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim N Roberts, 32 Saxony Circle, Manchester, NJ 08759-6193 |
| 517144233 | + | Barclays Bank, 125 S West Street, Wilmington, DE 19801-5014 |
| 517144232 | + | Barclays Bank, 125 South West Street, Wilmington, DE 19801-5014 |
| 517144234 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517144235 | + | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899-8801 |
| 517144255 | ++ | CITIBANK, PO BOX 6043, SIOUX FALLS SD 57117-6043 address filed with court:, Citibank, N.A., 7930 NW 110th St., Kansas City, MO 64153 |
| 517144254 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank Bankruptcy Unit, PO Box 20507, Kansas City, MO 64195 |
| 517144249 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 517144238 | | Capital One Bank, P.O. Box 83147, Richmond, VA 23285-5147 |
| 517373430 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 517144250 | + | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517144251 | | Citibank, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 517144252 | | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 517144257 | + | Citibank, NA, PO Box 5870, Grand Central Station, New York, NY 10163-5870 |
| 517144258 | | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517144259 | | Citicards CBNA, PO Box 6241, lbs CDV Disputes, Sioux Falls, SD 57117-6241 |
| 517144269 | | Credit One Bank, attn: LVNV Funding, PO Box 385908, Minneapolis, MN 55438-5908 |
| 517144275 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Stores National Bank, 701 E 60th Street N., Sioux Falls, SD 57117 |
| 517144274 | + | Department Stores National Bank, attn: Associated Recovery Systems, PO Box 469046, Escondido, CA 92046-9046 |
| 517144273 | + | Department of Veterans Affairs, PO Box 530269, Atlanta, GA 30353-0269 |
| 517144272 | + | Department of Veterans Affairs, Lyons Campus, 151 Knollcroft Road, Lyons, NJ 07939-5001 |
| 517144280 | + | Internal Revenue Service, PO Box 025, Atlanta, GA 30301-0025 |
| 517144290 | | Macy's, PO Box 8102, Mason, OH 45040 |
| 517144289 | #+ | Macy's, PO Box 8112, Mason, OH 45040-8112 |
| 517144287 | | Macy's, PO Box 8108, Mason, OH 45040 |
| 517370682 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, Inc., P.O. Box 1047, Hartford, CT 06143 |
| 517144295 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 17187, Baltimore, MD 21297 |
| 517481107 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517190497 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517144298 | + | Toyota Motor Credit, Attn: USCB, Inc., 1440 N. Harbor Blvd., #515, Fullerton, CA 92835-4118 |
| 517144299 | + | Toyota Motor Credit, 260 Interstat North, Circle, NW 12th Floor, Atlanta, GA 30339-2210 |
| 517144307 | | US Department of Education, PO Box 4222, Iowa City, IA 52244 |
| 517144309 | + | US Department of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 517144305 | + | US Department of Education, National Payment Center, PO Box 4169, Greenville, TX 75403-4169 |
| 517144308 | + | US Department of Education, Attn: Account Control Technology, PO Box 11750, Bakersfield, CA 93389-1750 |
| 517144306 | + | US Department of Education, PO Box 1027, Skokie, IL 60076-8027 |
| 517144302 | + | United States Department Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517144303 | | United States Department of Education, PO Box 7202, Utica, NY 13504-7202 |
| 517197135 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 517144314 | + | Wells Fargo Home Mortgage, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 28, 2020 | Form ID: cscnodsc | Total Noticed: 78 |

| | | |
|---|---|---|
| 517144311 | + | Wells Fargo Home Mortgage, MAC X7801-03K, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 517144310 | | Wells Fargo Home Mortgage, 4080 Hallmark Parkway, San Bernardino, CA 92407 |
| 517144313 | + | Wells Fargo Home Mortgage, PO Box 10355, Des Moines, IA 50306-0355 |
| 517144312 | + | Wells Fargo Home Mortgage, 5024 Parkway Plaza Blvd., Charlotte, NC 28217-1962 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 28 2020 21:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 28 2020 21:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517144247 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 00:12:46 | Capital One Bank USA NA, 15000 Capital One Drive, PO # EPUS2-0000473587, Henrico, VA 23238 |
| 517144236 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 00:06:16 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517144243 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 00:06:15 | Capital One Bank, PO Box 650007, Dallas, TX 75265-0007 |
| 517144239 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 00:12:45 | Capital One Bank, PO Box 85147, Richmond, VA 23276-0001 |
| 517144242 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 00:19:13 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517144241 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 00:12:46 | Capital One Bank, PO Box 70884, Charlotte, NC 28272-0884 |
| 517144237 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 00:19:13 | Capital One Bank, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517144245 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 00:06:15 | Capital One Bank N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517144244 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 00:06:16 | Capital One Bank N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517144246 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 00:19:13 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517144262 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2020 21:57:00 | Comenity Bank, #100, 2795 E Cottonwood Pkwy,, Salt Lake City, UT 84121-7090 |
| 517144260 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2020 21:57:00 | Comenity Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 517144263 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2020 21:57:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 517144261 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2020 21:57:00 | Comenity Bank, PO BOX 183789, Columbus, OH 43218-2789 |
| 517144264 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2020 21:57:00 | Comenity Capital/ HSN, 995 W 122nd Ave, Westminster, CO 80234-3417 |
| 517144265 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2020 21:57:00 | Comenity Capital/ULTA, Po Box 182120, Columbus, OH 43218-2120 |
| 517144266 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 29 2020 00:19:16 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 517144267 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 29 2020 00:12:59 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517144270 | + Email/PDF: creditonebknotifications@resurgent.com | | |

Case 17-31749-CMG   Doc 109   Filed 12/30/20   Entered 12/31/20 00:18:35   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 28, 2020 | Form ID: cscnodsc | Total Noticed: 78 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 29 2020 00:12:59 | Credit One Bank NA, Po Box 98875, Las Vegas, NV 89193-8875 |
| 517292535 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2020 21:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517144271 | + | Email/Text: DMCCO.VBASPL@va.gov | Dec 28 2020 21:59:00 | Department of Veteran Affairs, Debit Management Center, PO Box 11930, Saint Paul, MN 55111-0930 |
| 517144278 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 28 2020 21:58:00 | Dept Of Education/NELNET, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517144283 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 28 2020 21:57:00 | Internal Revenue Service, ACS Support - Stop 5050, PO Box 219236, Kansas City, MO 64121 |
| 517370884 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2020 00:06:29 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517369620 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2020 00:12:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517144291 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2020 00:05:57 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517144292 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 28 2020 21:58:00 | Nelnet Lns, 3015 S Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 517144293 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 28 2020 21:58:00 | Nelnet Loan Services, 3015 S Parker Road, Suite 425, Aurora, CO 80014-2904 |
| 517290177 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2020 00:13:01 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517290212 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2020 00:13:02 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 517362282 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2020 21:58:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517168461 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 28 2020 21:58:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517144304 | | US Department of Education, 401 S State Street, Room 700F, PO Box 61735 |
| 517144253 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Citibank, PO Box 6531, The Lakes, NV 88901 |
| 517144256 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Citibank, N.A., PO Box 6615, The Lakes, NV 88901 |
| 517144240 | *+ | Capital One Bank, PO Box 85147, Richmond, VA 23276-0001 |
| 517144248 | * | Capital One Bank, N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517144268 | * | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517144276 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Department Stores National Bank Macy's, 9111 Duke Blvd, Mason, OH 45040 |
| 517144277 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Department Stores National Bank/ Macy's, Po Box 8218, Mason, OH 45040 |
| 517144286 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's, P.O. Box 4564, Carol Stream, IL 60197-4564 |
| 517144288 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's, PO Box 4580, Carol Stream, IL 60197-4580 |
| 517144282 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 745, District Director, Chicago, IL 60690 |

Case 17-31749-CMG    Doc 109    Filed 12/30/20    Entered 12/31/20 00:18:35    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 28, 2020 | Form ID: cscnodsc | Total Noticed: 78 |

| | | |
|---|---|---|
| 517144284 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 660169, Dallas, TX 75266 |
| 517144279 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |
| 517144281 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Functions, PO Box 724, Springfield, NJ 07081 |
| 517144285 | * | Internal Revenue Service, Special Procedures Function, PO Box 744, Springfield, NJ 07081 |
| 517144294 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 9490, Cedar Rapids, IA 52409-9490 |
| 517144297 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit, 4 Gatehall Drive, Suite 350, Parsippany, NJ 07054 |
| 517144296 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit, 4 Gatehall Drive, Ste. 350, Parsippany, NJ 07054 |
| 517144300 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 517144301 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Corporation, 19001 South Western Avenue, TC13, Torrance, CA 90509-2958 |
| 517207999 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Avram D White
    on behalf of Debtor Kim N Roberts clistbk3@gmail.com
    adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com

Brian C. Nicholas
    on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor Wells Fargo Bank  NA ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Jill Manzo
    on behalf of Creditor SETERUS  INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@fskslaw.com

Karen E. Bezner
    Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner
    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

R. A. Lebron
    on behalf of Creditor SETERUS  INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Dec 28, 2020 | Form ID: cscnodsc | Total Noticed: 78 |

    bankruptcy@fskslaw.com

Rebecca Ann Solarz

    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11